IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH SCHEINUCK, | No. C 09-0727 WHA (PR) |
| Plaintiff, | **ORDER GRANTING EXTENSION OF TIME** |
| v. | |
| CAPTAIN D. SEPULVEDA, | |
| Defendant. | (Docket No. 25) |

Plaintiff has requested an extension of time in which to further oppose defendant's motion for summary judgment, filed on February 2, 2010, in order to be able to complete discovery. Good cause appearing, plaintiff's request for an extension of time (docket number 25) in which to file an opposition to the motion for summary judgment is **GRANTED**. His opposition is due no later than **June 15, 2010.** Defendant shall file a reply no later than **June 30, 2010.**

Discovery may be taken in accordance with the Federal Rules of Civil Procedure. No further court order under Federal Rule of Civil Procedure 30(a)(2) is required before the parties may conduct discovery.

No further extensions of the deadlines set in this order will be granted.

**IT IS SO ORDERED.**

Dated: April   12   , 2010

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.09\SCHEINUCK0727.EOT.wpd