IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH SCHEINUCK, | No. C 09-0727 WHA (PR) |
| Plaintiff, | **ORDER TO SHOW CAUSE WHY MOTION TO COMPEL DISCOVERY SHOULD NOT BE GRANTED** |
| v. | |
| CAPTAIN D. SEPULVEDA, | |
| Defendant. / | |

Within **10 days** of the date this order is filed, defendant shall file an opposition showing cause why plaintiff's motion to compel discovery (docket number 27 filed on May 3, 2010) should not be granted. If defendant fails to do so, plaintiff's motion will be granted. Plaintiff may file a reply to defendant's opposition within **7 days** of the date the opposition is filed.

No further extensions of the deadlines set in this order will be granted.

**IT IS SO ORDERED.**

Dated: May  7 , 2010

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.09\SCHEINUCK0727.OSC.wpd