IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH SCHEINUCK, | No. C 09-0727 WHA (PR) |
| Plaintiff, | **ORDER VACATING HEARING** |
| v. | |
| CAPTAIN D. SEPULVEDA, | |
| Defendant. | |

Pursuant to the order of service dated September 30, 2009, no hearing shall be held on defendant's motion for summary judgment. Consequently, the hearing noticed by defendant for May 13, 2010, is **VACATED**.

**IT IS SO ORDERED.**

Dated: May  10 , 2010

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.09\SCHEINUCK0727.HRG.wpd